**PHILLIP D. LEVEY**
ATTORNEY AT LAW

---

**2722 North Racine Avenue      Chicago, Illinois 60614      773/348-9682**

December 18, 2019

Connie Warner
Office Of U.S. Trustee
219 South Dearborn Street
Suite 873
Chicago, IL 60604

VIA E-MAIL: Connie.J.Warner@usdoj.gov

Re:    Trustee Call - January 3, 2020

Dear Ms. Warner:

I hereby resign as trustee in the cases listed on the attached call sheet. If you have any questions, please let me know.

Thank you.

Very truly yours,

Phillip D. Levey

**Phillip D. Levey**
**341(a) Meeting Calendar**
**Friday, January 03, 2020**

| Time | Case Number | File No. | Debtor(s) | Attorney | Comments |
|------|-------------|---------|-----------|----------|----------|
| 12:00 pm | 19-31663-ABG | | Decore, Peter A | Millewich, Paul H. | |
| | 19-31664-JPC | | Cooper, Valton | Wall, Elliott | |
| | 19-31665-DRC | | Solano, Elizabeth | Siegel, David M | |
| | 19-31667-JPC | | Thomas, Theresa Lolita | Bedford, Desirae | |
| | 19-31668-DRC | | Hampton, Aldreana | Placek, Elizabeth | |
| | 19-31669-TAB | | Harris, Kendra | Dawsey, Sidney | |
| | 19-32354-ABG | | Hines, Lillian A | Stahulak, Thomas G | |
| 12:30 pm | 19-31678-LAH | | Stevenson, Stephanie S. | Becker, Leonard S. | |
| | 19-31683-DLT | | Sierocki, Jerrold Bruce | Clasing, Jon K. | |
| | 19-31685-DLT | | Mahon, Chiquita | Pro Se | |
| | 19-31688-DRC | | Valle, Sandra | Nelson, Andrew B | |
| | 19-31690-CAD | | Chaney, Carmen E. | Boone, Jessica A. | |
| | 19-31691-TAB | | Williams, William T. | Sinclair, Caitlin N | |
| | 19-32373-JPC | | Lee, Antoinette | Placek, Elizabeth | |
| 01:00 pm | 19-31708-LAH | | Harris, Marquita | Bedford, Desirae | |
| | 19-31720-CAD | | Rodriguez, Richard S | Pro Se-ifp | |
| | 19-31721-JBS | | Ratliff, Ciara | Sinclair, Caitlin N | |
| | 19-31730-LAH | | Thomas, Keosha C. | Rouse, Kevin | |
| | 19-31741-DRC | | Jones-willis, Janice D | Moskovits, Yisroel Y | |
| | 19-31744-JBS | | Cruz, Angela | Carlin, John P | |
| | 19-32391-LAH | | Dalke, Steven Michael | Lugardo, David D. | |
| 01:30 pm | 19-31771-DRC | | Lee, Samella M | Bass, Richard S | |
| | 19-31776-CAD | | Morrow, Nina | Doyle, Joseph R | |
| | 19-31778-TAB | | Franklin, Jennifer N | Bass, Richard S | |
| | 19-31780-JBS | | Moton, Dawanda | March, Thomas | |
| | 19-31784-DLT | | Smith, Deandre T | Dawsey, Sidney | |
| | 19-31785-JBS | | Michelin, Julius A / Michelin, Monica D | Desai, Mehul D | |
| | 19-32409-DLT | | Blackmon, Britney N. | Badillo, Claudia Farfan | |
| 02:00 pm | 19-31799-TAB | | Henderson, Deja N | Cortese, Frank G. | |
| | 19-31800-JBS | | Gutierrez, Daisy | Cross, Adriana | |
| | 19-31802-DRC | | Thompson, Adriel | Siegel, David M | |
| | 19-31804-DRC | | Griffin, Lueany T | Melfi, Daniel | |
| | 19-31805-JPC | | Thornton, Shannon M | Miller, Michael A | |
| | 19-31909-JBS | | Mercado, Carlos | Cross, Adriana | |
| | 19-32512-JBS | | Madulara, Richard R | Cutler, David H | |
| 02:30 pm | 19-31947-DLT | | Milton, Renee O | Pro Se | |
| | 19-31949-CAD | | Fisher, Loretta L. | Boone, Jessica A. | |
| | 19-31954-LAH | | Diggines, Ruth G | Berk, Peter L | |
| | 19-31957-DLT | | Hernandez, Daicy | Ferrentino, John J | |
| | 19-31959-DLT | | Malec, Christopher J | Swanson Jr, Kenneth C | |
| | 19-31961-TAB | | Levinson, Helen I | Golding, Richard N | |
| | 19-32555-LAH | | Hacker, Aleksa | Pro Se | |
| 03:00 pm | 17-28676-ABG | | Hicks, Sharonicka M | Miller, Michael A | |

## Phillip D. Levey
## 341(a)  Meeting Calendar
### Friday, January 03, 2020

| Time | Case Number | File No. | Debtor(s) | Attorney | Comments |
|------|-------------|----------|-----------|----------|----------|
| 03:00 pm | 18-35808-TAB | | Pace-palmer, Subrina | Carroll, Andrew B | |
| | 19-32137-LAH | | Borders, Ieshia S | Bentz, Jessica | |
| | 19-32138-TAB | | Love, Ashley | Swenson, Megan | |
| | 19-32140-DLT | | Harris, Tenetha | Crevar, Milena | |
| | 19-32143-LAH | | Mimms, Kobe B | Melfi, Daniel | |
| | 19-32146-JBS | | Carmona, Leslie K | Doyle, Joseph P | |
| | 19-32147-LAH | | Lewis, Tekeya Shawntaye | Pro Se | |