IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| ELIZABETH SOLANO, | ) | CASE 19-B-31665 |
| | ) | |
| DEBTOR | ) | HON. DONALD CASSLING |
| | ) | Bankruptcy Judge |

## TRUSTEE'S REPLY IN SUPPORT OF OBJECTION TO EXEMPTION

Trustee, David P. Leibowitz, replies as follows in support of his Objection to Exemption.

**AT ISSUE IN THIS CASE IS SOLELY THE
NON-REFUNDABLE CHILD TAX CREDIT**

There is a split of authority among the Bankruptcy Courts in Illinois regarding the exemptability of the Child Tax Credit. This credit is a "non-refundable tax" credit. This means that the taxpayer can't get this tax credit unless the taxpayer actually spent the money for which she seeks that credit. The Trustee does not contest the exemptability of refundable tax credits such as the Earned Income Tax Credit (EIC) or the Additional Child Tax Credit (ACTC).

There is a distinct difference of opinion between the Court in the Northern District of Illinois compared to the Courts in the Central and Southern Districts of Illinois. The Courts in the Central and Southern Districts of Illinois are just as authoritative in their predictions as to how an Illinois state court might rule on the question of exemptability of the CTC. And their decisions were rendered after that of the Northern District's - taking into account the analysis of this Court.

Moreover, the most recent decision from the Southern District, *In re Manuel,* Case No. 17-60450 (Bankr. S.D. IL October 2, 2018), which held that a CTC is not a public assistance benefit, was rendered after the enactment of the 2017 *Tax Cuts and Jobs Act of 2017*.

The Trustee does not propose to reiterate the analysis of the various thoughtful opinions from the courts in the three Illinois districts. Rather, the Trustee respectfully requests that the Court

consider the proper application of the Illinois exemption as to Child Tax Credits in light of the developing authority on this point. Upon such analysis, the Trustee requests that his objection be sustained. If Debtor has other bases for claiming an exemption to the Child Tax Credit, that can await consideration at a later date.

**DAVID P. LEIBOWITZ, not individually, but as the Chapter 7 Trustee of the Debtor's Estate**

By: /s/ David P. Leibowitz

David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
(312) 360-1501

# CERTIFICATE OF SERVICE

On March 8, 2020, the undersigned certifies that on this date, she caused a copy of the foregoing **TRUSTEE'S REPLY IN SUPPORT OF OBJECTION TO EXEMPTION** to be served upon each person shown on the service list below by the methods indicated.

/s/ *Linda A. Green*
Attorney

***Via electronic notice through CM/ECF:***

Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

David M Siegel    davidsiegelbk@gmail.com, R41057@notify.bestcase.com;johnellmannlaw@gmail.com

***Via first class U.S. mail:***

Elizabeth Solano
348 E. Norman Lane
Wheeling, IL 60090