UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | March 17, 2020 |
| **Bankruptcy Case** | 19 B 31665 | **Adversary No.** | |
| **Title of Case** | Elizabeth Solano | | |

**Brief Statement of Motion:** Trustee's Amended Objection to Debtor's Claim of Exemption (Docket No. 23) amC 20

**Names and Addresses of moving counsel**

**Representing**

## ORDER

**The Trustee's amended objection to the debtor's claimed exemption is withdrawn.**

17 MAR 2020                    Donald R. Cassling, /s/